No. 1149. United States *v.* Winebrenner; and

No. 1150. United States *v.* Loose. May 21, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Justice Black is of opinion that certiorari should be granted. *Solicitor General Fahy* for the United States. *Messrs. John G. Madden* and *Haveth E. Mau* for respondent in No. 1150. Reported below: 147 F. 2d 322.

No. 1160. Fisher *v.* Medwedeff, Trustee. May 21, 1945. Petition for writ of certiorari to the Court of Appeals of Maryland denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350. *Messrs. Leonard Weinberg* and *J. Paul Schmidt* for petitioner.

No. 1181. Disman *v.* Securities & Exchange Commission. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Mr. Armwell L. Cooper* for petitioner. *Assistant Solicitor General Cox, Messrs. Chester T. Lane, Roger S. Foster, David K. Kadane* and *Arnold R. Ginsburg* for respondent.